B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re Jordan Lee Geyer
Angela Ann Geyer, aka Angela Ann Kamyszek

Case No. 18-32644-jda

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of LB - Igloo Series IV Trust
_____
Name of Transferee

Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o Rushmore Loan Management Services
P.O. Box 55004

Phone: 888.504.6700
Last Four Digits of Acct #: 8328

Court Claim # (if known): 10-1
Amount of Claim: $238,039.15
Date Claim Filed: 01/10/2019

Phone: _____
Last Four Digits of Acct. #: 7346

Name and Address where transferee payments should be sent (if different from above):
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708
Phone: 888.504.6700
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons
Transferee/Transferee's Agent

Date: 06/17/2021

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.