# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# FLINT DIVISION

| | |
|---|---|
| In Re: | Case No. 18-32644-jda |
| Jordan Lee Geyer<br>Angela Ann Geyer, aka Angela Ann Kamyszek | Chapter 13 |
| Debtor. | Judge Joel D. Applebaum |

## WITHDRAWAL OF DOCUMENT (Doc.49)

U.S. Bank Trust National Association, as Trustee of LB - Igloo Series IV Trust ("Creditor"), by and through their undersigned agent, hereby gives notice of a Withdrawal of Document Transfer of Claim as it was filed in error.

        Respectfully Submitted

        /s/ Molly Slutsky Simons
        Molly Slutsky Simons (OH 0083702)
        Authorized Agent for Creditor
        Sottile & Barile, LLC
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com

## CERTIFICATE OF SERVICE

I certify that on June 18, 2021, a copy of the foregoing Withdrawal was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Walter A. Metzen, Debtor's Counsel
    detroitbankruptcylawyer@gmail.com

    Carl Bekofske, Chapter 13 Trustee
    ECF@flint13.com

    U.S. Trustee, Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on June 18, 2021, a copy of the foregoing Withdrawal was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Jordan Lee Geyer, Debtor
    1125 Oak Cluster Dr.
    Howell, MI 48855

    Angela Ann Geyer, Debtor
    1125 Oak Cluster Dr.
    Howell, MI 48855

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com